# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Terrance Maurice Webster,

        Debtor.

Case No. 23-11317-mdc

Chapter 13

**Certificate of Service**

    I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Terrance Maurice Webster
1137 S 56th St
Philadelphia, PA 19143-4045

Date: February 7, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com